**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:  MICHAEL P. O'MALLEY      §   Case No. 13-14322
                                 §   Hon. JACQUELINE P. COX
                                 §   Chapter 7
                                 §
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/05/2013.

The undersigned trustee was appointed on 04/05/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $95,000.00

Funds were disbursed in the following amounts:

Payments made under an interim distribution  _____
Administrative expenses                      _____
Bank Service Fees                                     $80.21
Other payments to creditors                  _____
Non-estate funds paid to 3rd Parties         _____
Exemptions paid to the debtor                _____
Other payments to the debtor                 _____

Leaving a balance on hand of [1]                    $94,919.79

The remaining funds are available for distribution.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/16/2013 and the deadline for filing governmental claims was 10/02/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,000.00, for a total compensation of $8,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $17.34, for total expenses of $17.34 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/22/2014     By: /s/ ALLAN J. DeMARS
                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

EXHIBIT "A"  FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.  13-14322

Case Name: MICHAEL P. O'MALLEY

For Period Ending:  3/31/15

Trustee Name:  Allan J. DeMars

Date Filed (f) or Converted (c): 4/5/13  (F)

§341(a) Meeting Date: 6/13/13

Claims Bar Date: 9/16/13 (GOVT 10/2/13)

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  cash | 5.00 | 0.00 | | | FA |
| 2  furniture | 1,000.00 | 0.00 | | | FA |
| 3  books | 100.00 | 0.00 | | | FA |
| 4  clothing | 1,000.00 | 0.00 | | | FA |
| 5  watch | 100.00 | 0.00 | | | FA |
| 6  fishing equipment | 1,000.00 | 0.00 | | | FA |
| 7  sunglasses | 100.00 | 0.00 | | | FA |
| 8  Adversary complaint re fraudulent transfer of condo to son (u) | | 70,000.00 | | 95,000.00 | FA |

TOTALS (Excluding unknown values)        70,000.00        95,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing: Adversary Complaint 14-00103 filed against the son of the debtor, Michael T. O'Malley, to recover fraudulently transferred assets of the debtor has been settled with the estate receiving $95,000.00.

Initial Projected Date of Final Report (TFR):   November, 2014           Current Projected Date of Final Report (TFR): _____

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 13-14322　　　　　　　　　　　　　　　　　　　　　Trustee's Name: Allan J. DeMars
Case Name: MICHAEL P. O'MALLEY　　　　　　　　　　　　　　　Bank Name: WELLS FARGO
Taxpayer ID#: xx-xxx3274　　　　　　　　　　　　　　　　　　Initial CD #: CDI
For Period Ending: 3/31/15　　　　　　　　　　　　　　　　　Blanket bond (per case limit): 5,000,000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Separate bond (if applicable):
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking Acct#: xxxxxx9492

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| BALANCE CARRIED FORWARD | | | | | | | 0.00 |
| 8/11/14 | Ref 8 | Chicago Title and Trust | settlement proceeds from Adversary 14-00103 filed against Michael T. O'Malley, son of debtor; DOCKET 57 | 1241-000 | 95,000.00 | | 95,000.00 |
| 8/19/14 | | Wells Fargo | check printing charges | 2600-000 | | 80.21 | 94,919.79 |
| | | | COLUMN TOTALS | | 95,000.00 | 80.21 | 94,919.79 |
| | | | Less: Bank transfers/CD Subtotal | | | | |
| | | | Less: Payments to debtor(s) | | | | |
| | | | Net | | 95,000.00 | 80.21 | 94,919.79 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# xxxx9492 | 95,000.00 | 80.21 | 94,919.79 |
| Money Market # | | | |
| Savings # | | | |
| CD #CDI | | | |
| Net | 95,000.00 | 80.21 | 94,919.79 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |

EXHIBIT C: CLAIMS REVIEW ANALYSIS
BAR DATE: Sept 16, 2013; Govt claims: Oct. 2, 2013

| CLAIM # | DATE FILED | NAME | AMOUNT | PROPOSED DISTRIBUTION |
|---|---|---|---|---|
|  |  |  |  |  |
| UNSEC. |  |  |  |  |
| 1 | 6/27/13 | American InfoSource agent | 286.29 | 259.88 |
| 2 | 6/29/13 | Calvary Portfolio Services |  | withdrawn |
| 3 | 9/9/13 | Timothy J. O'Malley. | 72,015.98 | 65,372.48 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | 72,302.27 | 65,632.36 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No: 13-14322
Case Name: MICHAEL P. O'MALLEY
Trustee Name: ALLAN J. DeMARS

**Balance on hand:** $94,919.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | NONE | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $94,919.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $8,000.00 | $0.00 | $8,000.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $17.34 | $0.00 | $17.34 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $2,970.00 | $0.00 | $2,970.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | LOIS WEST/POPOWCER KATTEN | $931.00 | $0.00 | $931.00 |
| *Accountant for Trustee, Expenses* | LOIS WEST/ POPOWCER KATTEN | $0.00 | $0.00 | $0.00 |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |
| *Charges,* U.S. Bankruptcy Court | | $293.00 | $0.00 | $293.00 |
| *Fees,* United States Trustee | | | | |
| Other | CHESTER H. FOSTER, special counsel to trustee | $17,040.00 | $0.00 | $17,040.00 |
| Other | expenses of special counsel | $36.09 | $0.00 | $36.09 |

Total to be paid for chapter 7 administrative expenses : $29,287.43
Remaining balance: $65,632.36

**UST Form 101-7-TFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for           , Fees* | | | |
| *Attorney for           , Expenses* | | | |
| *Accountant for           , Fees* | | | |
| *Accountant for           , Expenses* | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses: $0.00
Remaining balance: $65,632.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling  $0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | NONE | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $65,632.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling  $72,302.27  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  90.8  percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSouce agent for Health Mgmt Associates | $286.29 | $0.00 | $259.88 |
| 3 | Timothy J. O'Malley | $72,015.98 | $0.00 | $65,372.48 |

Total to be paid for timely general unsecured claims: $65,632.36
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be __0__ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | NONE | $0.00 | $0.00 | $0.00 |

Total to be paid for tardy general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | NONE | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**