# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN DIVISION

In re:  MICHAEL P. O'MALLEY         §   Case No. 13-14322
                                    §            Hon. JACQUELINE P. COX
                                    §            Chapter 7
                                    §
        Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within _____ days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 11/06/2014 in Courtroom 680, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/03/2014        By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN  **DISTRICT OF**  ILLINOIS
EASTERN DIVISION

In re:  MICHAEL P. O'MALLEY   § Case No. 13-14322
§    Hon. JACQUELINE P. COX
§    Chapter 7
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $95,000.00 |
| *and approved disbursements of* | $80.21 |
| *leaving a balance on hand of* [1] | $94,919.79 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $94,919.79 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $8,000.00 | $0.00 | $8,000.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $17.34 | $0.00 | $17.34 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $2,970.00 | $0.00 | $2,970.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | LOIS WEST/POPOWCER KATTEN | $931.00 | $0.00 | $931.00 |
| *Accountant for Trustee, Expenses* | LOIS WEST/POPOWCER KATTEN | $0.00 | $0.00 | $0.00 |
| *Auctioneer, Fees* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---|---|
| *Auctioneer, Expenses* | | | |
| *Charges,  U.S. Bankruptcy Court* | $293.00 | $0.00 | $293.00 |
| *Fees, United States Trustee* | | | |
| Other  CHESTER H. FOSTER, special counsel to trustee | $17,040.00 | $0.00 | $17,040.00 |
| Other expenses to special counsel | $36.09 | $0.00 | $36.09 |

Total to be paid for chapter 7 administrative expenses:  $29,287.43
Remaining balance:  $65,632.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for              , Fees* | | | |
| *Attorney for              , Expenses* | | | |
| *Accountant for            , Fees* | | | |
| *Accountant for            , Expenses* | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses:  $0.00
Remaining balance:  $65,632.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $65,632.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $72,302.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 90.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource agent for Health Mgmt Associates | $286.29 | $0.00 | $259.88 |
| 3 | Timothy J. O'Malley | $72,015.98 | $0.00 | $65,372.48 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $65,632.36 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:
Michael P O'malley
    Debtor

Case No. 13-14322-JPC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: rgreen     Page 1 of 1     Date Rcvd: Oct 01, 2014
                 Form ID: pdf006     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2014.
```
db            +Michael P O'malley,    15719 Ravinia Avenue #2A,    Orland Park, IL 60462-4585
20293733      +Michael T. O'Malley,    1233 Penny Lane,    DeKalb, IL 60115-5828
20293732      +Timothy J. O'Malley,    114 North Lincoln Avenue,    Round Lake Beach, IL 60073-3509
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20659153       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2014 02:05:43
               American InfoSource LP as agent for,   Health Management Associates,
               as assignee of Physicians Regional Medic,    PO Box 248838,    Oklahoma City, OK  73124-8838
20676266      +E-mail/Text: bankruptcy@cavps.com Oct 02 2014 02:02:06     Cavalry Investments LLC,
               as assignee of Sprint,    Cavalry Portfolio Services,    500 Summit Lake Drive, Ste 400,
               Valhalla, NY 10595-2322
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Lois West
aty             Popowcer Katten Ltd
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2014            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2014 at the address(es) listed below:
```
              Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
              Allan J DeMars     alland1023@aol.com
              Arthur  Data    on behalf of Debtor Michael P O'malley ajdatalaw@gmail.com
              Chester H. Foster, Jr.    on behalf of Plaintiff Allan J. DeMars chf@fosterlegalsvcs.com,
               dbf@fosterlegalservices.com
              Chester H. Foster, Jr.    on behalf of Creditor Timothy J O'malley chf@fosterlegalsvcs.com,
               dbf@fosterlegalservices.com
              Chester H. Foster, Jr.    on behalf of Trustee Allan J DeMars chf@fosterlegalsvcs.com,
               dbf@fosterlegalservices.com
              Jeffrey  Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              Joseph E Cohen    on behalf of Defendant Michael T. O'Malley jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Joseph E Cohen    on behalf of Debtor Michael P O'malley jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10
```