## UNITED STATES BANKRUPTCY COURT
NORTHERN   **DISTRICT OF** ILLINOIS

EASTERN DIVISION

In re:   MICHAEL P. O'MALLEY

§
§
§
§

Case No.   13-14322
Hon. JACQUELINE P. COX
Chapter 7

Debtor(s)

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND
### APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $105.00 *(without deducting any secured claims)* | Assets Exempt: $3,200.00 |
| Total Distributions to Claimants: $65,632.36 | Claims Discharged Without Payment: $6,669.91 |
| Total Expenses of Administration: $29,287.43 | |

3) Total gross receipts of $95,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $80.21 (see **Exhibit 2** ), yielded net receipts of $94,919.79 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $29,287.43 | $29,287.43 | $29,287.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $56,438.48 | $72,302.27 | $72,302.27 | $65,632.36 |
| **TOTAL DISBURSEMENTS** | $56,438.48 | $101,589.70 | $101,589.70 | $94,919.79 |

4) This case was originally filed under chapter  7  on 04/05/2013 .

The case was pending for     21  months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2014                    By: /s/ ALLAN J. DeMARS
                                                                Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| settlement of fraudulent transfer adversary | 1241-000 | $95,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $95,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WELLS FARGO | bank service fees | 2600-000 | $80.21 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $80.21 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | | | | |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $8,000.00 | $8,000.00 | $8,000.00 |
| Allan J. DeMars | 2200-000 | N/A | $17.34 | $17.34 | $17.34 |
| Allan J. DeMars | 3110-000 | N/A | $2,970.00 | $2,970.00 | $2,970.00 |
| Chester H. Foster | 3210-600 | N/A | $17,040.00 | $17,040.00 | $17,040.00 |
| Chester H. Foster | 3220-610 | N/A | $36.09 | $36.09 | $36.09 |
| Lois West/Popowcer Katten | 3410-000 | N/A | $931.00 | $931.00 | $931.00 |
| Clerk US BK Court | 2700-000 | N/A | $293.00 | $293.00 | $293.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $29,287.43 | $29,287.43 | $29,287.43 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource | 7100-000 | $0.00 | $286.29 | $286.29 | $259.88 |
| 3 | Timothy J. O'Malley | 7100-000 | $56,438.48 | $72,015.98 | $72,015.98 | $65,372.48 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $56,438.48 | $72,302.27 | $72,302.27 | $65,632.36 |

EXHIBIT A   FORM 7

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No. __13-14322__

Case Name: __MICHAEL P. O'MALLEY__

For Period Ending: ___3/31/15___

Trustee Name: __Allan J. DeMars__

Date Filed (f) or Converted (c): __4/5/13   (F)__

§341(a) Meeting Date: __6/13/13__

Claims Bar Date: __9/16/13 (GOVT 10/2/13)__

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash | 5.00 | 0.00 | | | FA |
| 2 | furniture | 1,000.00 | 0.00 | | | FA |
| 3 | books | 100.00 | 0.00 | | | FA |
| 4 | clothing | 1,000.00 | 0.00 | | | FA |
| 5 | watch | 100.00 | 0.00 | | | FA |
| 6 | fishing equipment | 1,000.00 | 0.00 | | | FA |
| 7 | sunglasses | 100.00 | 0.00 | | | FA |
| 8 | Adversary complaint re fraudulent transfer of condo to son (u) | | 70,000.00 | | 95,000.00 | FA |

TOTALS (Excluding unknown values)          70,000.00          95,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing: Adversary Complaint 14-00103 filed against the son of the debtor, Michael T. O'Malley, to recover fraudulently transferred assets of the debtor has been settled with the estate receiving $95,000.00.

Initial Projected Date of Final Report (TFR): ___November, 2014___          Current Projected Date of Final Report (TFR): _____

**EXHIBIT A - FORM 2**

## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: _13-14322_  
Case Name: _MICHAEL P. O'MALLEY_  
Taxpayer ID#: _xx-xxx3274_  
For Period Ending: _3/31/15_

Trustee's Name: _Allan J. DeMars_  
Bank Name: _WELLS FARGO_  
Initial CD #: _CDI_  
Blanket bond (per case limit): _5,000,000_  
Separate bond (if applicable): _____  
Checking Acct#: _xxxxxx9492_

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid to/<br>Received from | 4<br>Description of<br>Transaction | 5<br>Uniform<br>Transaction<br>Code | 6<br>Deposit $ | 7<br>Disbursement<br>$ | 8<br>Balance |
|---|---|---|---|---|---|---|---|
| BALANCE<br>CARRIED<br>FORWARD | | | | | | | 0.00 |
| 8/11/14 | Ref 8 | Chicago Title and Trust | settlement proceeds from Adversary 14-00103 filed against Michael T. O'Malley, son of debtor; DOCKET 57 | 1241-000 | 95,000.00 | | 95,000.00 |
| 8/19/14 | | Wells Fargo | check printing charges | 2600-000 | | 80.21 | 94,919.79 |
| 11/6/14 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 8,000.00 | 86,919.79 |
| 11/6/14 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 17.34 | 86,902.45 |
| 11/6/14 | Check 1003 | Chester H. Foster | special counsel fees | 3210-600 | | 17,040.00 | 69,862.45 |
| 11/6/14 | Check 1004 | Chester H. Foster | expenses | 3220-610 | | 36.09 | 69,826.36 |
| 11/6/14 | Check 1005 | Lois West/Popowcer Katten | accountant's fees | 3410-000 | | 931.00 | 68,895.36 |
| 11/6/14 | Check 1006 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,970.00 | 65,925.36 |
| 11/6/14 | Check 1007 | Clerk, United States Bankruptcy Court | adversary filing fee which was deferred | 2700-000 | | 293.00 | 65,632.36 |
| 11/6/14 | Check 1008 | American InfoSource LP,agent | 726(a)(2) | 7100-000 | | 259.88 | 65,372.48 |
| 11/6/14 | Check 1009 | Timothy J. O'Malley | 726(a)(2) | 7100-000 | | 65,372.48 | 0.00 |
| | | | COLUMN TOTALS | | 95,000.00 | 95,000.00 | 0.00 |
| | | | Less: Bank transfers/CD | | | | |

Subtotal
Less: Payments to debtor(s)
Net          95,000.00       95,000.00            0.00

| | NET | DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking# xxxx9492 | | 95,000.00 | 95,000.00 | 0.00 |
| Money Market # | | | | |
| Savings # | | | | |
| CD #CDI | | | | |
| Net | | 95,000.00 | 95,000.00 | 0.00 |
| | | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |